**Opinion filed January 19, 2018**



### In The

# Eleventh Court of Appeals

_____

## No. 11-17-00293-CV
_____

## JOHN D. NORRIS, Appellant
## V.
## WARREN POWER & MACHINERY, INC., Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC19717**

## M E M O R A N D U M   O P I N I O N

John D. Norris, the appellant in this cause, has filed in this court a motion to dismiss this appeal. Norris states in his motion, "This case has been settled. The appeal is no longer necessary." In accordance with Norris's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.


January 19, 2018                                                  PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.